Gertrude La Belle, Plaintiff-Petitioner, v. Ralph Brown, Administrator of the Estate of Richard Tonne, Deceased, Defendant-Respondent.

Gen. No. 49,359.

First District, Third Division.

February 6, 1964.

Masters, Sands & Tracey and Canel & Canel, all of Chicago (Jay A. Canel and David G. Burden, of counsel), for petitioner; Beverly and Pause, of Chicago (William S. Dunning, of counsel), for respondent. Opinion by JUSTICE SULLIVAN. Not to be published in full.